IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MISSIONARY BENEDICTINE SISTERS, INC., | ) ) | |
| Plaintiff, | ) ) | Case No. 4:11-cv-3180 |
| v. | ) ) | |
| HOFFMAN, LLC, | ) ) | |
| Defendant. | ) | |

**ORDER ON JOINT MOTION TO EXTEND STAY**

Plaintiff, Missionary Benedictine Sisters, Inc., and Defendant, Hoffman LLC, have jointly moved for an order extending the stay of this proceeding until July 6, 2012, in order to permit the parties to conduct a mediation.

WHEREFORE, IT IS HEREBY ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that the stay that was entered on March 5, 2012 is hereby extended until July 6, 2012.

Dated this 4th day of April, 2012.

s/ Warren K. Urbom
United States Senior District Judge

455146