IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MISSIONARY BENEDICTINE SISTERS,    )
INC.,    )        Case No. 4:11-cv-3180
           Plaintiff,    )
     v.    )
   )
HOFFMAN, LLC,    )
           Defendant.    )

**PROPOSED ORDER ON JOINT MOTION TO EXTEND STAY**

Plaintiff, Missionary Benedictine Sisters, Inc., and Defendant, Hoffman LLC, have

jointly moved for an order extending the stay of this proceeding until October 5, 2012 in order to

permit the parties to conduct a mediation.

WHEREFORE, IT IS HEREBY ORDERED that the motion is GRANTED.  IT IS

FURTHER ORDERED that the stay that was entered on March 5, 2012 is hereby extended until

October 5, 2012.

July 6, 2012.            BY THE COURT:


s*/ Cheryl R. Zwart*
United States Magistrate Judge

472986