IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISSIONARY BENEDICTINE SISTERS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HOFFMAN, LLC,<br><br>　　　　　　Defendant. | 4:11CV3180<br><br>MEMORANDUM AND ORDER |

　IT IS ORDERED:

The motion to withdraw filed by David Ernst as counsel of record on behalf of Volkman Plumbing and Heating, Inc., (filing no. 89), is granted.

August 9, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge