IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISSIONARY BENEDICTINE SISTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOFFMAN, LLC, <br><br> Defendant. | 4:11CV3180 <br><br> SECOND AMENDED PROGRESSION ORDER |

The Unopposed and Joint Motion to Extend Deadlines (Filing No. 112) is granted. The amended progression order (filing no. 93) is amended as follows:

1) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   Experts who are intended to defend against affirmative claims by an Plaintiff, Third-Party Plaintiff, Counterclaimant, or Cross-Claimant: November 3, 2014.

   Rebuttal Experts: December 5, 2014.

2) The deposition deadlines are:

   For fact depositions:        November 26, 2014
   For depositions of experts:  December 19, 2014

3) The deadline for filing motions to dismiss and motions for summary judgment is January 13, 2015.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 13, 2015.

6) All other deadlines set forth in the Amended Progression Order dated January 10, 2014 (Filing No. 93) are unchanged.

October 28, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge