IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISSIONARY BENEDICTINE SISTERS, INC.,<br><br>          Plaintiff,<br><br>    vs.<br><br>HOFFMAN, LLC,  AMCO INSURANCE COMPANY,<br><br>          Defendants. | **4:11CV3180**<br><br>**ORDER** |

After conferring with parties,

IT IS ORDERED:

1) If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment rulings, the parties shall schedule a conference call with the undersigned magistrate judge to discuss the parties' interest in alternative dispute resolution.

2) The jury trial of this case is continued, and is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on Wednesday, July 22, 2015, or as soon thereafter as the case may be called, for a duration of thirteen (13) trial days.  This trial is specially set and is not subject to any other criminal or civil trial settings.  Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 7, 2015** at **1:00 p.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed pretrial conference order shall be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 6, 2015.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

March 24, 2015.

                                                     BY THE COURT:
                                                     *s/ Cheryl R. Zwart*
                                                     United States Magistrate Judge