IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MISSIONARY BENEDICTINE SISTERS, INC., | ) | 4:11CV3180 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| HOFFMAN, LLC, | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| FREDERICKSEN ENGINEERING, INC., VOLKMAN PLUMBING & HEATING, INC., and LONNIE ROBINSON d/b/a R&R Mechanical Insulation, | ) | |
| | ) | |
| Third-Party Defendants | ) | |
| | ) | |
| VOLKMAN PLUMBING & HEATING, INC., and AMCO INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| LONNIE ROBINSON d/b/a R&R Mechanical Insulation, and ENGINEERED CONTROLS, INC., | ) | |
| | ) | |
| Third-Party Defendants | ) | |

Third-Party Defendant Lonnie Robinson, doing business as R&R Mechanical Insulation ("Robinson"), has moved for reconsideration of a portion of the court's Memorandum and Order that was entered on May 4, 2015. Specifically, Robinson

repeats an argument that he is entitled to summary judgment on Third-Party Plaintiffs' claims for indemnity and contribution because he does not share a common liability with them. He argues that "[i]n order to share a common liability under Nebraska law, privity of contract must exist" (Filing No. 178, ¶ 8).

As explained in the court's previous memorandum and order, for common liability to exist "each party must be liable to the same person." *Estate of Powell ex rel. Powell v. Montange*, 765 N.W.2d 496, 500 (Neb. 2009); *Coburn v. Reiser*, 577 N.W.2d 289, 292 (Neb. 1998); *Teegerstrom v. H.J. Jeffries Truck Line*, 346 N.W.2d 411, 414 (Neb. 1984). Nebraska law does not require that such common liability be based on the same theory of recovery (*e.g.*, breach of contract).

Accordingly,

IT IS ORDERED that Third-Party Defendant Lonnie Robinson's motion for reconsideration (Filing No. 178) is denied.

June 12, 2015.                    BY THE COURT:

                                  s/ Richard G. Kopf
                                  Senior United States District Judge

-2-