IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MISSIONARY BENEDICTINE SISTERS, INC., | ) | 4:11CV3180 |
| Plaintiff, | ) | |
| v. | ) | |
| HOFFMAN, LLC, | ) | |
| Defendant and Third-Party Plaintiff | ) | |
| v. | ) | |
| FREDERICKSEN ENGINEERING, INC., VOLKMAN PLUMBING & HEATING, INC., and LONNIE ROBINSON d/b/a R&R Mechanical Insulation, | ) | ORDER |
| Third-Party Defendants | ) | |
| VOLKMAN PLUMBING & HEATING, INC., and AMCO INSURANCE COMPANY, | ) | |
| Third-Party Plaintiffs | ) | |
| v. | ) | |
| LONNIE ROBINSON d/b/a R&R Mechanical Insulation, and ENGINEERED CONTROLS, INC., | ) | |
| Third-Party Defendants | ) | |

For case management purposes,

IT IS ORDERED that all pending motions in limine (filings 191, 192, 193, 194, 195, 196, 197, 198) are denied without prejudice to refiling at a later date.

March 18, 2016.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge