IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISSIONARY BENEDICTINE SISTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOFFMAN, LLC, <br><br> Defendant and <br> Third-Party Plaintiff <br><br> v. <br><br> FREDERICKSEN ENGINEERING, INC., <br> VOLKMAN PLUMBING & HEATING, INC., <br> and LONNIE ROBINSON d/b/a R&R Mechanical Insulation, <br><br> Third-Party Defendants | 4:11CV3180 <br><br><br><br><br><br><br><br><br><br><br> JUDGMENT |
| VOLKMAN PLUMBING & HEATING, INC., <br> and AMCO INSURANCE COMPANY, <br><br> Third-Party Plaintiffs <br><br> v. <br><br> LONNIE ROBINSON d/b/a R&R Mechanical Insulation, <br><br> Third-Party Defendant | |
| VOLKMAN PLUMBING & HEATING, INC., <br><br> Third-Party Plaintiff <br><br> v. <br><br> ENGINEERED CONTROLS, INC., <br><br> Third-Party Defendant | |

-2-

Pursuant to Federal Rule of Civil Procedure 41(a) and the Joint Stipulation (Filing No. 221) filed on December 20, 2016, by Hoffman, LLC, Volkman Plumbing & Heating, Inc. and AMCO Insurance Company, Third-Party Plaintiffs, and Lonnie Robinson d/b/a R&R Mechanical Insulation, Third-Party Defendant, the Court's Memorandum and Order entered on June 10, 2013 (Filing No. 84), the Court's Memorandum and Order entered on April 22, 2013 (Filing No. 77), and the Court's Order entered on February 6, 2013 (Filing No. 69),

FINAL JUDGMENT IS ENTERED providing that:

1. All claims of Hoffman, LLC, Volkman Plumbing & Heating, Inc., and AMCO Insurance Company, Third-Party Plaintiffs, against Lonnie Robinson d/b/a R&R Mechanical Insulation, Third-Party Defendant , are dismissed with prejudice, with each party to bear its own costs.

2. All claims of Hoffman LLC, Third-Party Plaintiff, against Volkman Plumbing & Heating, Inc., are dismissed without prejudice, with each party to bear its own costs.

3. All claims of Volkman Plumbing & Heating, Inc., Third-Party Plaintiff, against Engineered Controls, Inc., Third-Party Defendant, are dismissed with prejudice, with each party to bear its own costs.

4. All claims of Hoffman LLC, Third-Party Plaintiff, against Fredericksen Engineering, Inc., Third-Party Defendant, are dismissed with prejudice, with each party to bear its own costs.

5. All claims of Missionary Benedictine Sisters, Inc., Plaintiff, against Hoffman LLC, Defendant, are dismissed with prejudice, with each party to bear its own costs.

All claims having now been dismissed, the Clerk of the Court is directed to close the file for statistical purposes.

December 21, 2016.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      Senior United States District Judge